In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-16-00414-CV

_____

## AURITA F. ARAUJO LINDLEY, Appellant

## V.

## WILLIAM DICK LINDLEY, Appellee

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. F-225,100

## MEMORANDUM OPINION

On November 7, 2016, we notified the parties that the notice of appeal did not appear to have been timely filed. The appellant, Aurita F. Araujo Lindley, then filed a motion for an extension of time to file her notice of appeal.

The trial court signed the judgment on June 24, 2016, and the appellate timetables were extended by the timely filing of a motion for new trial. *See* Tex. R. App. P. 26.1(a). Notice of appeal was due to be filed on September 22, 2016. *Id.* Appellant filed a notice of appeal on October 28, 2016, more than ninety days from

1

the date of judgment and outside the period for which we may grant an extension of time to perfect appeal. *See* Tex. R. App. P. 26.3. Accordingly, we deny the motion for extension of time to file a notice of appeal and we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 7, 2016
Opinion Delivered December 8, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.